**Order entered June 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00009-CV

**BEGETTA BRYANT, Appellant**

**V.**

**DUC NGUYEN, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. Cc-17-06066-D**

## ORDER

Before the Court is appellant's June 28, 2018 second motion for extension of time to file corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 1, 2018. We caution appellant that further extension requests will be disfavored.

/s/     DAVID EVANS
JUSTICE